UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAREN LEVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>RESOURCE CAPITAL CORP., JONATHAN Z. COHEN, DAVID J. BRYANT, and ELDRON C. BLACKWELL,<br><br>       Defendants. | No. 1:15-cv-07081-LLS<br><br>ECF Case |

**[PROPOSED] ORDER GRANTING HARRY VILLANO, LINYA RANYA KU, AND HENGYI LIN'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND <u>APPROVAL OF LEAD COUNSEL</u>**

Having considered the motion of Harry Villano, Linya Ranya Ku, and Hengyi Lin ("Movants") for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.  The Motion is GRANTED;

2.  The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B) and 15 U.S.C. §78u-4(a)(3)(B), appoints Movants as Lead Plaintiff; and

3.  Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v) and 15 U.S.C. §78u-4(a)(3)(B)(v), Glancy Prongay & Murray LLP is approved as Lead Counsel for the Class.

IT IS SO ORDERED.

Dated: _____, 2015      _____
                                                          HON. LOUIS L. STANTON
                                                        UNITED STATES DISTRICT JUDGE