**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAREN LEVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE CAPITAL CORP., JONATHAN Z. COHEN, DAVID J. BRYANT, ELDRON C. BLACKWELL, and DAVID E. BLOOM,<br><br>Defendants. | Docket No.: 1:15-cv-07081-LLS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL |

LLS

Having considered the Motion of Lead Plaintiff Douglas Drees ("Drees") and Plaintiff Allen Altman, Individually and as Trustee for the Allen Altman & Catherine Altman Living Trust (collectively, "Plaintiffs") (the "Motion"), opposition thereto and all other argument, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The action is hereby certified to proceed as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure;

3. Plaintiffs are hereby appointed as Class Representatives; and

4. Levi & Korsinsky LLP is hereby appointed as Class Counsel.

IT IS SO ORDERED

DATED: Nov. 22, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/17

_Louis L. Stanton_
THE HONORABLE LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE