UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAREN LEVIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>RESOURCE CAPITAL CORP., JONATHAN Z. COHEN, DAVID J. BRYANT, ELDRON C. BLACKWELL, and DAVID E. BLOOM,<br><br>      Defendants. | Case No. 1:15-cv-07081<br><br>Hon. Louis L. Stanton<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS, AND (III) FINAL APPROVAL HEARING** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  **PLEASE TAKE NOTICE** that Class Representatives Douglas Drees and Allen Altman ("Plaintiffs"), by and through his counsel, will and hereby do move this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, and Plaintiffs' requests for an incentive award.

  Plaintiffs' motion is supported by the Stipulation and Agreement of Settlement dated February 5, 2018 (filed herewith as Docket No. 78), including the exhibits attached thereto, and the accompanying brief in support. Attached hereto is the parties' agreed-upon Proposed Order granting Plaintiffs' motion.

Dated:  February 5, 2018                      Respectfully submitted,

                                                      LEVI & KORSINSKY, LLP

                                                      /s/ Adam M. Apton
                                                      Nicholas I. Porritt
                                                      Adam M. Apton
                                                      30 Broad Street, 24th Floor
                                                      New York, NY 10004
                                                      Tel: (212) 363-7500
                                                      Fax: (212) 363-7171

                                                      *Attorneys for Plaintiffs Douglas Drees and Allen Altman and Lead Counsel for the Class*