# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAREN LEVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RESOURCE CAPITAL CORP., JONATHAN Z. COHEN, DAVID J. BRYANT, ELDRON C. BLACKWELL, and DAVID E. BLOOM,<br><br>Defendants. | Docket No.: 1:15-cv-07081-LLS<br><br>Hon. Louis L. Stanton<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS** |

TO:  All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to the Court's April 3, 2018 Order Preliminarily Approving Settlement (ECF No. 81) (the "Court's Preliminary Approval Order"), on August 3, 2018, at 12:00 p.m. in Courtroom 21C at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007, the Honorable Louis L. Stanton, presiding, Plaintiffs Douglas Drees and Allen Altman ("Plaintiffs") will and hereby do move for final approval of the proposed class action Settlement and for approval of the proposed Plan of Allocation.

This motion is based upon the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds; the Declarations of Nicholas I. Porritt, Alexander Villanova, Douglas Drees, and Allen Altman; the record and proceedings in this Action; and such matters as the Court may consider at the time of the hearing.

DATED: June 29, 2018                    Respectfully submitted,

                                        By:    /s/ Adam Apton

                                        Nicholas I. Porritt
                                        Adam M. Apton
                                        LEVI & KORSINSKY, LLP
                                        30 Broad Street, 24th Floor
                                        New York, New York 10004
                                        Telephone:  (212) 363-7500
                                        Facsimile:   (212) 363-7171

                                        *Attorneys for Plaintiffs Douglas Drees and*
                                        *Allen Altman and Lead Counsel for the Class*