## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAREN LEVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RESOURCE CAPITAL CORP., JONATHAN Z. COHEN, DAVID J. BRYANT, ELDRON C. BLACKWELL, and DAVID E. BLOOM,<br><br>Defendants. | Docket No.: 1:15-cv-07081-LLS<br><br>Hon. Louis L. Stanton<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND INCENTIVE AWARDS TO PLAINTIFFS** |

TO:  All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to the April 3, 2018 Order Preliminarily Approving Settlement (ECF No.81) (the "Court's Preliminary Approval Order"), on August 3, 2018, at 12:00 p.m. in Courtroom 21C at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007, the Honorable Louis L. Stanton, presiding, Plaintiffs Douglas Drees and Allen Altman ("Plaintiffs"), will and hereby do, move for an award of attorneys' fees, reimbursement of litigation expenses, and incentive awards for Plaintiffs.

This motion is based upon the Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards; the Declarations of Nicholas I. Porritt, Alexander Villanova, Douglas Drees, Allen Altman, and Casey E. Sadler; the record and proceedings in this Action; and such matters as the Court may consider at the time of the hearing.

1

DATED: June 29, 2018 Respectfully submitted,

By: /s/ Adam Apton

Nicholas I. Porritt
Adam M. Apton
LEVI & KORSINSKY, LLP
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiffs Douglas Drees and Allen Altman and Lead Counsel for the Class*