ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAREN LEVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RESOURCE CAPITAL CORP., JONATHAN Z. COHEN, DAVID J. BRYANT, ELDRON C. BLACKWELL, and DAVID E. BLOOM,<br><br>Defendants. | Docket No.: 1:15-cv-07081-LLS<br><br>Hon. Louis L. Stanton<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR: (I) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; AND (II) INCENTIVE AWARDS TO PLAINTIFFS |

Having read and considered the papers filed and arguments made by counsel, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby awards Plaintiffs' attorneys, Levi & Korsinsky, LLP, attorneys' fees in the amount of $3,166,667 (33% of the Settlement Amount).

2. The Court awards Plaintiffs' attorneys, Levi & Korsinsky, LLP, reimbursement of costs in the amount of $199,463.67.

3. The Court awards Lead Plaintiff Douglas Drees an incentive award in the amount of $10,000.

4. The Court awards Plaintiff Allen Altman an incentive award in the amount of $5,000.

SO ORDERED in the Southern District of New York on Aug. 3, 2018.

_____Louis L. Stanton_____
HON. LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE