UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAREN LEVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>         v.<br><br>RESOURCE CAPITAL CORP., JONATHAN Z. COHEN, DAVID J. BRYANT, ELDRON C. BLACKWELL, and DAVID E. BLOOM,<br><br>                        Defendants. | Case No. 1:15-cv-07081-LLS<br><br>Hon. Louis L. Stanton<br><br>**NOTICE OF MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND** |

**TO THE CLERK AND ALL COUNSEL OF RECORD:**

     **PLEASE TAKE NOTICE** that, Lead Plaintiff Douglas Drees ("Plaintiff"), by and through his counsel, will and hereby does move this Court to enter the accompanying [Proposed] Order Approving Distribution Plan (the "Distribution Order"), which will, among other things: (i) approve the Claims Administrator's administrative determinations concerning the acceptance and rejection of the Claims submitted, including the rejection of the Disputed Claims; (ii) direct payment of the Net Settlement Fund to Authorized Claimants pursuant to the recommended plan for distribution; (iii) approve payment to the Court-approved Claims Administrator, Epiq Class Action & Claims Solutions, Inc. ("Epiq"), of the outstanding notice and administrative fees and expenses associated with the Settlement from the Escrow Account; (iv) release and discharge all persons associated with the Settlement and bar all Class Members from making any further claims; and (v) provide for a date certain for the destruction of documents.

     This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Alexander Villanova in Support of Motion for Distribution of Net Settlement Fund, all pleadings and papers filed therein, arguments of counsel, and any other matters properly before the Court.

The proposed Distribution Order is filed herewith and has been submitted the Court pursuant to Local Rules.

Dated: January 29, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LEVI & KORSINSKY, LLP


　　　　　　　　　　　　　　　　　　　　　<u>s/ Adam M. Apton</u>
　　　　　　　　　　　　　　　　　　　　　Nicholas I. Porritt
　　　　　　　　　　　　　　　　　　　　　Adam M. Apton
　　　　　　　　　　　　　　　　　　　　　55 Broadway, 10th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 363-7500
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 363-7171

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Lead Plaintiff Douglas Drees*
　　　　　　　　　　　　　　　　　　　　　*and Lead Counsel for the Settlement Class*