

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAREN LEVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE CAPITAL CORP., JONATHAN Z. COHEN, DAVID J. BRYANT, ELDRON C. BLACKWELL, and DAVID E. BLOOM,<br><br>Defendants. | Case No. 1:15-cv-07081-LLS<br><br>Hon. Louis L. Stanton<br><br>[PROPOSED] **ORDER DIRECTING CASE CLOSURE, APPROVAL OF CLAIMS ADMINISTRATION FEES AND EXPENSES, AND DISTRIBUTION TO THE CY PRES RECIPIENT** |

Lead Plaintiff Douglas Drees ("Plaintiff"), on notice to Defendants' Counsel, moved this Court for an order directing case closure, approval of claims administration fees and expenses, and distribution to the *cy pres* recipient ("Motion") was duly presented to the Court; and

The Court has determined that good cause exists to grant the Motion in its entirety, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion is hereby granted.

2. The Claims Administrator's payment is approved.

3. All remaining funds shall be issued to the court-approved *cy pres* recipient, the Investor Protection Trust located at 1020 19th Street NW, Washington, DC 20036-6123.

4. This case is hereby closed.

IT IS SO ORDERED.

DATED: January 28, 2020

_____
THE HONORABLE LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE